1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 15-0005 CRB

       Plaintiff,

  v.

CRYSTAL ANTHONY,

       Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0006 WHA

       Plaintiff,

  v.

DARELL POWELL,

       Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0027 VC

       Plaintiff,

  v.

DARLENE ROUSE,

       Defendant.
_____/

**United States District Court**
For the Northern District of California

1    UNITED STATES OF AMERICA,                No. CR 15-0028 CRB

2              Plaintiff,

3        v.

4    ACACIA MCNEAL,

5              Defendant.
                                    /
6

7    UNITED STATES OF AMERICA,                No. CR 15-0049 WHA

8              Plaintiff,

9        v.

10   AARON MATTHEWS,

11             Defendant.
                                    /
12

13   UNITED STATES OF AMERICA,                No. CR 15-0050 RS

14             Plaintiff,

15       v.

16   NIJAH REED,

17             Defendant.
                                    /
18

19   UNITED STATES OF AMERICA,                No. CR 15-0052 WHA

20             Plaintiff,

21       v.

22   TIANA REDDIC,

23             Defendant.
                                    /

24   UNITED STATES OF AMERICA,                No. CR 15-0070 VC

25             Plaintiff,                     **ORDER RE NOTICE OF RELATED
                                              CASE**
26       v.

27   SHOLANDA ADAMS,

28             Defendant.
                                    /

2

Defendants Crystal Anthony, Darell Powell, Darlene Rouse, Acacia McNeal, Aaron Matthews, Nijah Reed, Tiana Reddic, and Sholanda Adams have filed a Notice of Related Case in Case No. 15-0005 (dkt. 11).  This Court will not relate Defendants' cases at this time, as Defendants' Notice is premature.  Upon the filing of an initial motion to dismiss, and a request for discovery to supplement the motion, the Court will consider a Notice of Related Case.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

3