1  STEVEN G. KALAR
   Federal Public Defender
2  GALIA AMRAM PHILLIPS
   Assistant Federal Public Defender
3  DANIEL BLANK
   Assistant Federal Public Defender
4  CANDIS MITCHELL
   Assistant Federal Public Defender
5  BRANDON LeBLANC
   Assistant Federal Public Defender
6  GABRIELA BISCHOF
   Assistant Federal Public Defender
7  450 Golden Gate Ave, 19-6884
   San Francisco, CA 94102
8  Telephone:  (415) 436-7700

9  Attorneys for Defendant

10

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 15-005 CRB |
| Plaintiff, | **MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| v. | |
| CRYSTAL ANTHONY, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. CR 15-006 WHA |
| Plaintiff, | **MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| v. | |
| DARELL POWELL, | |
| Defendant. | |

Motion to file Attachment H Under Seal
CASE NOS.  CR 15-005 CRB, CR 15-006 WHA, CR 15-027 VC, CR 15-028 CRB, CR 15-049 WHA, CR 15-050 WHA, CR 15-059 CRB, CR 15-070 VC

495929.01

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARLENE ROUSE,<br><br>    Defendant. | Case No. CR 15-0027 VC<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ACACIA McNEAL,<br><br>    Defendant. | Case No. CR 15-0028 CRB<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON MATTHEWS,<br><br>    Defendant. | Case No. CR 15-00049 WHA<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NIJAH REED,<br><br>    Defendant. | Case No. CR 15-0050 RS<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |

Motion to file Attachment H Under Seal
CASE NOS.  CR 15-005 CRB, CR 15-006 WHA, CR 15-027 VC, CR 15-028 CRB, CR 15-049 WHA, CR 15-050 WHA, CR 15-059 CRB, CR 15-070 VC

495929.01

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIANA REDDIC,<br><br>    Defendant. | Case No. CR 15-0052 WHA<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHOLANDA ADAMS,<br><br>    Defendant. | Case No. CR 15-0070 VC<br><br>**MOTION TO FILE UNDER SEAL ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE** |

## MOTION TO FILE UNDER SEAL ATTACHMENT H TO THE DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE

Attachment H to the Declaration of Galia Phillips is the DEA 6 reports for the cases in which the Notice of Related Case was filed. Though there is no protective order in the above-captioned cases, the reports are marked confidential and therefore the defendants request to file them under seal.

Motion to file Attachment H Under Seal
CASE NOS.  CR 15-005 CRB, CR 15-006 WHA, CR 15-027 VC, CR 15-028 CRB, CR 15-049 WHA, CR 15-050 WHA, CR 15-059 CRB, CR 15-070 VC

495929.01

Dated:  March 31, 2015

By: */s/ Galia Amram Phillips*
    GALIA A. PHILLIPS
    Attorney for Defendants Reed, Reddic and Rouse

Dated:  March 31, 2015

By: */s/ Brandon LeBlanc*
    BRANDON LeBLANC
    Attorney for Defendant Matthews

Dated:  March 31, 2015

By: */s/ Candis Mitchell*
    CANDIS MITCHELL
    Attorney for Defendant Adams

Dated:  March 31, 2015

By: */s/ Gabriela Bischof*
    GABRIELA BISCHOF
    Attorney for Defendant Powell

Dated:  March 31, 2015

By: */s/ Daniel P. Blank*
    DANIEL P. BLANK
    Attorney for Defendants Anthony and McNeal

**Motion and Proposed Order to File Attachment H Under Seal**

2

1
2
**[PROPOSED] ORDER**

3
4
5
6
For good cause shown, the document entitled, "ATTACHMENT H TO DECLARATION OF GALIA PHILLIPS IN SUPPORT OF NOTICE OF RELATED CASE" filed on March 31, 2015 shall be maintained under seal until further order of the Court.

7
8   DATED: April 3, 2015                              _____
9                                                     THE HONORABLE VINCE G. CHHABRIA
                                                      UNITED STATES DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Motion and Proposed Order to File Attachment H Under Seal**

3