1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4  LLOYD FARNHAM (CABN 202231)
   SARAH K. HAWKINS (CABN 257723)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6973
       FAX: (415) 436-7027
8      lloyd.farnham@usdoj.gov

9  Attorneys for United States of America

10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,          | No. 14-CR-00643 EMC
                                        | (Consolidated Criminal Cases)
15 |     Plaintiff,
16 |     v.                             | NOTICE OF DISMISSAL
17 | DAVID MADLOCK,
     MATTHEW MUMPHREY,
18 | LATONYA CAREY,
     CRYSTAL ANTHONY,
19 | DARLENE ROUSE,
     ACACIA MCNEAL,
20 | ANITA DIXON,
     AARON MATTHEWS,
21 | NIJAH REED,
     TIANA REDDIC,
22 | TIFFANY CROSS,
     SHOLANDA ADAMS,
23
        Defendants.
24
25
26
27
28

NOTICE OF DISMISSAL
NO. 14-CR-00643 EMC

1  With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
2  States Attorney for the Northern District of California dismisses the indictments in the above
3  consolidated cases with prejudice. The above indictments were consolidated under No. 14-CR-00643
4  and transferred to this Court by order of Chief Judge Phyllis J. Hamilton on April 27, 2015. The original
5  case numbers for each dismissed indictment are listed below:

6  United States v. David Madlock and Matthew Mumphrey, No. 14-CR-00643 RS
7  United States v. Latonya Carey, No. 15-CR-00004 MMC
8  United States v. Chrystal Anthony, No. 15-CR-00005 CRB
9  United States v. Darlene Rouse, No. 15-CR-00027 VC
10 United States v. Acacia McNeal, No. 15-CR-00028 CRB
11 United States v. Anita Dixon, No. 15-CR-00043 WHA
12 United States v. Aaron Mathews, No. 15-CR-00049 WHA
13 United States v. Nijah Reed, No. 15-CR-00050 RS
14 United States v. Tiana Reddic, No. 15-CR-00052 WHA
15 United States v. Tiffany Cross, No. 15-CR-00059 CRB
16 United States v. Sholanda Adams, No. 15-CR-00070 VC

17 DATED: January 24, 2017                    Respectfully submitted,

18                                            BRIAN J. STRETCH
                                              United States Attorney
19

20                                            /s/ Barbara J. Valliere
21                                            BARBARA J. VALLIERE
                                              Chief, Criminal Division
22

23  Leave is granted to the government to dismiss with prejudice the indictments listed above.
24  `The bonds for the above 12 defendants shall be exonerated.`

25

26 DATED: January 25, 2017
                                              _____
27                                            HON. EDWARD M. CHEN
                                              United States District Judge
28

NOTICE OF DISMISSAL
NO. 14-CR-00643 EMC

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*